409 A.2d 855

**In the Matter of Venus NAVARRO, a minor child.**

**Appeal of Linda NAVARRO and David Rey.**

Supreme Court of Pennsylvania.

Argued Dec. 13, 1979.

Decided Jan. 18, 1980.

Irv Ackelsberg, Della R. Cohen, Community Legal Services, Philadelphia, for appellants.

Mary Rose Cunningham, Asst. City Sol., Alice Tuohy O'Shea, David Mullins, Philadelphia, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

The appeal is dismissed as moot.